## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL HALSEY | : | CIVIL ACTION - LAW |
| | : | |
| vs. | : | NO. 19-cv-00381 |
| | : | |
| WAL-MART STORES, INCORPORATED; WAL-MART STORES EAST, L.P.; WAL-MART STORES EAST, INC. AND MICHAEL MATTSON | : | |
| Defendants. | : | |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed, without costs against either party, with prejudice.

**MCDONNELL & ASSOCIATES, P.C.**          **LAW OFFICES OF TODD B. JACOBS**

By: ___*/s/ Jill H. Fertel*___          By: ___*/s/ Anthony J. Comerota*___
    Jill H. Fertel, Esq.                                  Todd B. Jacobs, Esquire
    *Attorneys for Defendant*                       Anthony Comerota, Esquire
                                                                  *Attorneys for Plaintiff*

Dated: March 8, 2019                                Dated: March 8, 2019